IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
CIVIL ACTION

| | | |
|---|---|---|
| JOHN WENIGER | : | CIVIL ACTION |
| and | : | |
| LORI WENIGER | : | |
| | : | |
| vs. | : | DOCKET NO. |
| | : | |
| VIKAS THAKUR | : | **COMPLAINT** |

AND NOW, come the plaintiffs, by and through their attorney, Tyler Sacchetta, Esquire, and aver as follows:

1. Federal jurisdiction in this matter is asserted pursuant to 28 U.S.C. §1332. Venue is properly laid within the United States District Court for the District of Delaware pursuant to 28 U.S.C. §1391(b).

**Parties**

2. Plaintiff, John Weniger, is an adult individual and citizen of the Commonwealth of Pennsylvania residing at 3222 Charles Griffin Drive, Garnet Valley, PA 19060.

3. Plaintiff, Lori Weniger, is an adult individual and citizen of the Commonwealth of Pennsylvania residing at 3222 Charles Griffin Drive, Garnet Valley, PA 19060.

4. Defendant, Vikas Thakur, is an adult individual and citizen of the State of Massachusetts residing at 293 Turnpike Road, Westborough, MA 01581.

**Facts**

5. The facts and occurrences herein stated took place on or about December 13, 2021, at or about 11:22 on I95 in Newark, DE.

6. At the aforesaid time and place, plaintiff, John Weniger, was operating his motor vehicle on the roadway Northbound on I95, with plaintiff, Lori Weniger, as a passenger.

7. At the aforesaid time and place, defendant, Vikas Thakur, was also traveling Northbound on I95.

8. At the aforesaid time and place, due to the negligence of defendant, a violent collision occurred when defendant failed to stop, and struck plaintiff's vehicle from behind without warning, causing a collision with plaintiff's vehicle and injury to plaintiffs.

**FIRST CAUSE OF ACTION**
**John Weniger v. Vikas Thakur**

9. Plaintiff incorporates herein all preceding paragraphs of this Complaint as though fully set forth at length.

10. The negligence of the defendant consisted of:

   a. operating his vehicle at an excessive rate of speed under the circumstances;

   b. failing to have his vehicle under proper and adequate control;

   c. failing to apply the brakes in time to avoid a collision;

   d. negligently applying the brakes;

   e. failing to observe the plaintiff's vehicle on the highway;

   f. failing to operate his vehicle in accordance with existing traffic conditions and traffic controls;

   g. failing to drive at a speed and in a manner consistent with keeping the vehicle under control;

   h. failing to keep a reasonable lookout for other vehicles lawfully on the road;

     I. operating the vehicle in a manner not consistent with the road and weather conditions prevailing at the time;

     j. failing to have his vehicle under proper and adequate control and failing to keep the vehicle in the proper lane of travel;

     k. otherwise operating said vehicle in a negligent manner and in a manner violating the motor vehicle code of the State of Delaware.

11. The accident was caused by the negligence of the defendant, and was in no way caused by the plaintiff.

12. As a result of the aforesaid accident, plaintiff suffered severe injuries, which included, but were not limited to injuries to plaintiff's back, neck, head, structural and spinal injuries including muscle, nerve and disc injuries with radicular symptoms.

13. As a result of his injuries, plaintiff has undergone in the past and will in the future continue to undergo great pain and suffering.

14. As a result of his injuries, plaintiff may have suffered a permanent disability and permanent impairment of his earning power and capacity.

15. As a result of his injuries, plaintiff may have suffered a permanent diminution of his ability to enjoy life and life's pleasures.

16. As a result of his injuries, plaintiff has incurred and may in the future incur medical expenses and income loss.

17. As a result of this accident, plaintiff has incurred other losses, including but not limited to property damage.

WHEREFORE, plaintiff demands judgment against the defendant for damages, interest, costs and all other awards permitted under the law.

## SECOND CAUSE OF ACTION
### Lori Weniger v. Vikas Thakur

18. Plaintiff incorporates herein all preceding paragraphs of this Complaint as though fully set forth at length.

19. The negligence of the defendant consisted of:

    a. operating his vehicle at an excessive rate of speed under the circumstances;

    b. failing to have his vehicle under proper and adequate control;

    c. failing to apply the brakes in time to avoid a collision;

    d. negligently applying the brakes;

    e. failing to observe the plaintiff's vehicle on the highway;

    f. failing to operate his vehicle in accordance with existing traffic conditions and traffic controls;

    g. failing to drive at a speed and in a manner consistent with keeping the vehicle under control;

    h. failing to keep a reasonable lookout for other vehicles lawfully on the road;

    I. operating the vehicle in a manner not consistent with the road and weather conditions prevailing at the time;

    j. failing to have his vehicle under proper and adequate control and failing to keep the vehicle in the proper lane of travel;

    k. otherwise operating said vehicle in a negligent manner and in a manner violating the motor vehicle code of the State of Delaware.

20. The accident was caused by the negligence of the defendant, and was in no way caused by the plaintiff.

21. As a result of the aforesaid accident, plaintiff suffered severe injuries, which included, but were not limited to injuries to plaintiff's left knee, left foot, left lower extremity.

22. As a result of her injuries, plaintiff has undergone in the past and will in the future continue to undergo great pain and suffering.

23. As a result of her injuries, plaintiff may have suffered a permanent disability and permanent impairment of her earning power and capacity.

24. As a result of her injuries, plaintiff may have suffered a permanent diminution of her ability to enjoy life and life's pleasures.

25. As a result of her injuries, plaintiff has incurred and may in the future incur medical expenses and income loss.

26. As a result of this accident, plaintiff has incurred other losses, including but not limited to property damage.

WHEREFORE, plaintiff demands judgment against the defendant for damages, interest, costs and all other awards permitted under the law.

SACCHETTA & BALDINO

By:   */s/ Tyler Sacchetta*
TYLER SACCHETTA, ESQUIRE
Bar ID: 6514
1201 N. Orange Street, Suite 7543
Wilmington, DE 19801
(302) 884-6715
Tyler@sbattorney.com
Attorney for plaintiff